```
1  Robert M. Holley
   Attorney at Law
2  State Bar No. 50769
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone:  (916) 443-2213
4

5  Counsel for Mr. JORGE MOLINA ALONSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 07-373 GEB |
| ) | |
| Plaintiff, ) | APPLICATION FOR ORDER |
| ) | EXONERATING BAIL |
| v. ) | AND ORDER |
| ) | |
| JORGE MOLINA ALONSO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant **JORGE MOLINA ALONSO,** by and through his undersigned counsel, applies for an order exonerating the bail posted to secure his release in this case. Defendant is making this application on the ground that the bail was never formally exonerated at the conclusion of the case. Accordingly, a lien in favor of the Clerk of the Court posted to secure defendant's release has not been extinguished. Defendant is in custody serving the sentence imposed by the Court.

**Dated:  April 9, 2012**

**Respectfully submitted,**

*/s/ Robert M. Holley*

_____
**Robert M. Holley
Attorney for Defendant**

**ORDER**

**GOOD CAUSE** having been shown, **IT IS HEREBY ORDERED** that the bail posted in this case to secure the release of Jorge Molina Alonso, in case number Cr S-07-373 GEB, is hereby **EXONERATED.**

Dated: April 10, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge